IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| DIATEK LICENSING LLC,<br><br>      Plaintiff,<br><br>    v.<br><br>HC2 BROADCASTING HOLDINGS INC.,<br><br>      Defendant. | CIVIL ACTION<br><br>NO. 6:22-cv-700<br><br>**Jury Trial Demanded** |

## NOTICE OF FILING OF IPR PETITION

Plaintiff notifies the Court that an IPR petition has been filed on one patent asserted in this case. The expected time for an institution decision and for a final written decision, if instituted, is set forth in the table below.

| IPR No. | Patent involved | Expected date of institution decision | Expected date of final written decision (if instituted) |
|---|---|---|---|
| IPR2022-00638 | 7,079,752 | 9/24/2022 | 9/24/2023 |

This 29th day of June, 2022.

          /s/ Cortney S. Alexander
          Cortney S. Alexander
           cortneyalexander@kentrisley.com
           Tel:  (404) 855-3867
           Fax:  (770) 462-3299
          KENT & RISLEY LLC
          5755 N Point Pkwy Ste 57
          Alpharetta, GA 30022

          Attorneys for Plaintiff